**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ELBA MARTINEZ,**

    **Plaintiff,**

**v.**                                                                       **Case No: 8:17-cv-1167-MSS-TGW**

**CREDIT ONE BANK, N.A.,**

    **Defendant.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Unopposed Motion to Dismiss and Compel Arbitration, (Dkt. 16), filed by Defendant Credit One Bank, N.A. In the Motion, Defendant requests either an order dismissing this case with prejudice and compelling arbitration of all claims at issue in this action pursuant to the Parties' binding arbitration agreement or an order staying the case and compelling arbitration. Plaintiff does not oppose the requested relief.

Upon consideration of all relevant filings, case law, and being otherwise fully advised, it is hereby **ORDERED** that Defendant's Unopposed Motion to Dismiss and Compel Arbitration, (Dkt. 16) is **GRANTED** as stated herein:

1. This case is **DISMISSED WITHOUT PREJUDICE**.
2. The Parties are **DIRECTED** to arbitrate all claims at issue in this action.

3. The Parties shall within **fourteen (14) days** of the completion of arbitration file a notice or appropriate motion advising the Court how and whether this case should proceed.

4. The **CLERK** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of October, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person